## (October 5, 1961)

■ THOMAS BORNSTEIN, Appellant, v. WILBUR G. SILVERMAN, Respondent, et al., Defendants.—

Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.